# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNDRIO CHEFFIN** | **CIVIL ACTION NO. 19-0993** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **VICKY REEVES** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 13] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this proceeding is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 6th day of February, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**UNDRIO CHEFFIN**          **CIVIL ACTION NO. 19-0993**

                  **SECTION P**

**VS.**

                  **JUDGE TERRY A. DOUGHTY**

**VICKY REEVES**           **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that this proceeding is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this _____ day of January, 2020.

                  _____
                  TERRY A. DOUGHTY
                  UNITED STATES DISTRICT JUDGE